UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| RUSSELL GARRETT, | ) | NO. CV 14-6422-AG (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RAYMOND MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: DECEMBER 26, 2016

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE